UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BOLLINGER MOTORS INC,**

        Plaintiff,

-against-

**COMPTON ET AL.,**

        Defendants.

**23-cv-00811 (ALC)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2023

**ANDREW L. CARTER, United States District Judge:**

As discussed in today's conference, the Court hereby lifts the stay in this matter. Additionally, the Court will issue an order referring this case to Magistrate Judge Stewart D. Aaron for general pre-trial supervision, including settlement.

**SO ORDERED.**

Dated:    June 12, 2023
            New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**